IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACI STOVER,<br><br>          Plaintiff,<br><br>vs.<br><br>MENARD, INC., a foreign Corporation,<br><br>          Defendant. | Case No. 18-cv |

## **NOTICE OF REMOVAL**

THE DEFENDANT, MENARD, INC., a foreign Corporation, by its attorneys, QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO, pursuant to 28 U.S.C. §1441 *et. seq.*, hereby petitions to remove this action from the Circuit Court of the Thirteenth Judicial Circuit, Grundy County, Illinois, to the United States District Court for the Northern District of Illinois, Eastern Division. In support, Defendant states:

1. On or about Traci Stover, Plaintiff, filed a Complaint against Defendant, Menard, Inc., in Grundy County, Illinois.

2. Defendant was served on or about December 19, 2017. A copy of the Summons and Complaint served upon Defendant are attached as Exhibit 1.

3. Upon information and belief, Plaintiff is a resident and citizen of the State of Illinois.

4. Defendant is a Wisconsin corporation with its principal place of business in Wisconsin.

5. The claim alleged in Plaintiff's Complaint arises out of an occurrence in Morris, Grundy County, Illinois.

6. Plaintiff claims that she was "was caused to fall to the ground, suffer bodily injury and mental anguish and suffering and to incur medical expenses for treatment of said injuries." (Ex. 1). Plaintiff sought judgment in excess of the jurisdictional limit of $50,000.00. (Ex. 1).

7. Based on the nature of Plaintiff's complained of injuries, and the language of her Complaint, it appears that Plaintiff seeks damages an amount in excess of the jurisdictional requirement of $75,000.00.

7. This court has original jurisdiction of the matters alleged in Plaintiff's Complaint pursuant to 28 U.S.C. § 1332. The matter is subject to removal by Defendant pursuant to 28 U.S.C. § 1441.

8. Defendant's Notice of Removal is timely pursuant to 28 U.S.C § 1446(b) in that it is filed within thirty (30) days of service of Summons.

9. Pursuant to 28 U.S.C. § 1446(d), Defendant is giving written notice of the filing of this Petition for Removal to all adverse parties and will file a copy of this Petition for Removal with the Clerk of the Circuit Court of Grundy County, Illinois, thereby effecting removal to this court.

WHEREFORE, the Defendant, MENARD, INC., a foreign Corporation, prays that the above action now pending against it in the Circuit Court of Grundy County, Illinois, be removed therefrom to this court.

MENARD, INC., Defendant

By: _____*s/Adam P. Chaddock*_____
Adam P. Chaddock
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO

Adam P. Chaddock (Illinois Bar No. 6274685)
E-mail: achaddock@quinnjohnston.com
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 NE Jefferson Avenue
Peoria, IL 61602
Telephone: 309/674-1133
Fax: 309/674-6503

## CERTIFICATE OF SERVICE

I hereby certify that on **January 4, 2018**, I electronically filed this **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

William R. Cassian                                          *Attorneys for Plaintiff*
Cassian & Carter, LLC
3077 W. Jefferson, #207
Joliet, IL 60435
Email: wcassian@cassiancarterlaw.com


*s/Adam P. Chaddock*
Adam P. Chaddock (Illinois Bar No. 6274685)
QUINN, JOHNSTON, HENDERSON, PRETORIUS & CERULO
227 N.E. Jefferson Ave.
Peoria, IL 61602-1211
Telephone: (309) 674-1133
Facsimile: (309) 674-6503
E-mail: achaddock@quinnjohnston.com

4829-1538-6458, v. 1